IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| R.C. SPENCELEY, INC. and SPENCELEY REALTY COMPANY, | ) ) ) CIVIL NO. 10-CV-00115 |
| Petitioners, | ) ) ACTION FOR DECLARATORY |
| -v- | ) JUDGMENT OR, IN THE ) ALTERNATIVE, PETITION |
| TOPA INSURANCE COMPANY and D. ARLEN WHEELER, | ) FOR APPOINTMENT OF ) NEUTRAL UMPIRE ) |
| Respondent. | ) ) |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Petitioners, R.C. SPENCELEY, INC., and SPENCELEY REALTY COMPANY, and the Respondents, TOPA INSURANCE COMPANY and D. ARLEN WHEELER, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal *without* prejudice of this case.

Pursuant to *Fed.R.Civ.P.* 41(a)(1)(A)(ii), this Stipulation is signed by all parties that have appeared in this action. Upon agreement of the parties, this matter is hereby **dismissed without prejudice.**

Respectfully submitted,

DATED: September 26, 2011          DATED: September 26, 2011

  /s/ Mark Hodge*                      /s/ W. Mark Wilczynski
**MARK HODGE, ESQUIRE**              **W. MARK WILCZYNSKI, ESQUIRE**
Hodge & Francois                     Law Office of W. Mark Wilczynski, P.C.
1340 Taarneberg                      Palm Passage, Ste C20-22
St. Thomas, VI 00802                 St. Thomas, Virgin Islands 00804-1150
mark@hodgefrancois.com               mwilczynski@usvilaw.com
Attorney for the Petitioners         Attorney for the Respondents
***Pursuant to LRCi 5.4(h)(4)(ii), consent has been granted to use this party's signature.***

# CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of September, 2011, I electronically filed the foregoing **Stipulated Dismissal Without Prejudice** with the Clerk of the Court using the CM/ECF system and therefore a copy of the foregoing was served upon Mark D. Hodge, Esquire, attorney of record for R. C. Spenceley, Inc. and Spenceley Realty Company.

                                              **/s/ W. Mark Wilczynski**